IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY DAVID WARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23CV595 |
| ) | |
| SCOTLAND COUNTY ) | |
| SOCIAL SERVICES, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on January 30, 2024, was served on the parties in this action. (ECF Nos. 5, 6). Plaintiff filed Objections to the Magistrate Judge's Recommendation on February 20, 2024. (ECF No. 9.)

The Court has reviewed Plaintiff's Objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous.

A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 8th day of March 2024.

/s/ Loretta C. Biggs
United States District Judge