IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY DAVID WARNER, )<br>)<br>          Plaintiff, )<br>)<br>   v. )<br>)<br>SCOTLAND COUNTY )<br>SOCIAL SERVICES, )<br>)<br>          Defendants. ) | 1:23CV595 |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED and ADJUDGED** that this action be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous.

This, the 8th day of March 2024.

/s/ Loretta C. Biggs
United States District Judge